

# Fourth Court of Appeals
## San Antonio, Texas

July 25, 2018

No. 04-18-00406-CR

Ryan Monroe **JACKSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 274th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-1657-CR-B
Honorable Gary L. Steel, Judge Presiding

# O R D E R

Appellant's motion for leave to file a late docketing statement is GRANTED.

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of July, 2018.

Keith E. Hottle
Clerk of Court